"O"

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CATALAN,<br><br>           Petitioner,<br><br>  vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>           Respondent. | Case No. CV 08-7831-GAF (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge, except that the next to last sentence of the first paragraph of Section D.1 of the Report and Recommendation is corrected to reflect that it was not petitioner, but rather Ledesma, who solicited Puebla's murder.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 9/23/09

GARY A. FEESS
UNITED STATES DISTRICT JUDGE