JS-6 Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CATALAN,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-7831-GAF (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/23/09

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY